# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0619.  DANIEL K. LITTLEJOHN v. THE STATE.

Daniel K. Littlejohn was convicted of burglary, theft by taking, and criminal damage to property, and his judgment was affirmed on appeal.  *Littlejohn v. State*, 320 Ga. App. 197 (739 SE2d 682) (2013).  In 2017, he filed a Motion for Hearing on Constitutional Claims.  The trial court denied the motion on June 26, 2017, and Littlejohn filed this appeal on August 4, 2017.[1]

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Littlejohn filed his notice of appeal 39 days after the trial court's order was entered.  Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.

---

[1] Littlejohn directed his appeal to the Supreme Court, which transferred the case here.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/11/2018*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*